AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.

MALIK SHAHEEN SHAW

Defendant

Case No. 2:25-mj-10
FID: 10987426
HSI

*RECEIVED 2025 JAN 15 P 1:50 UNITED STATES MARSHAL*
*EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MALIK SHAHEEN SHAW,

who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of psilocyn, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and

Felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Date: 01/15/2025

*Issuing officer's signature*

Douglas E. Miller
United States Magistrate Judge

City and state: Norfolk, Virginia

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/15/25, and the person was arrested on *(date)* 1/17/25
at *(city and state)* Norfolk, VA

Date: 1/17/25

*Arresting officer's signature*

MARK Bennett / SA / HSI
*Printed name and title*

FILED IN OPEN COURT
JAN 17 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA